**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE ALBERTO PAEZ-PINA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01747-DB** |
| | § | |
| **TODD BLANCHE**, *et al.*, | § | |
| **Respondent.** | § | |
| | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On August 28, 2026, the parties filed a "Response to Order," ECF No. 10, advising the parties conferred regarding remaining issues to resolve. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **31st** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**